# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 8, 2023

## NO. 03-21-00502-CV

**Natin Paul; WC 1st and Trinity, LP; WC 1st and Trinity, GP, LLC; WC 3rd and Congress, LP; and WC 3rd and Congress, GP, LLC, Appellants**

**v.**

**The Roy F. and JoAnn Cole Mitte Foundation, Appellee**

## APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
## AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the trial court on July 8, 2021, and the supplemental receivership order signed by the trial court on July 8, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment or the receivership order. Therefore, the Court affirms the trial court's judgment and the receivership order. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.